IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| JACK FERM,<br><br>Plaintiff,<br><br>v.<br><br>CASEY CAMERON, et al.<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING PLAINTIFF'S MOTION FOR PROTECTIVE ORDER<br><br>Case No. 4:26-cv-00089-AMA-PK<br><br>District Judge Ann Marie McIff Allen<br>Magistrate Judge Paul Kohler |

This matter is before the Court on Plaintiff's Motion for Protective Order.[1] Pursuant to DUCivR 26-2, "[t]he Standard Protective Order . . . applies in every case involving the disclosure of any information designated as confidential, unless the court orders otherwise. It is effective by operation of this rule at the time a case is filed and does not need to be entered in a case docket to be effective." Because the Court's Standard Protective Order is already in place, an additional protective order is not required.

It is therefore

ORDERED that Plaintiff's Motion for Protective Order (Docket No. 5) is DENIED.

DATED this 17th day of August 2026.

BY THE COURT:

PAUL KOHLER
United States Magistrate Judge

[1] Docket No. 5, filed August 13, 2026.